UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00180-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LANEKA T. PATTON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Without Prejudice. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Without Prejudice (#11) is GRANTED, and this matter is DISMISSED without prejudice.

Signed: July 15, 2013

Max O. Cogburn Jr.
United States District Judge